COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     360 Degrees Beauty & Barber Careers v. Corinthian Land
                         Corporation

Appellate case number:   01-16-00646-CV

Trial court case number:  2014-21068

Trial court:             129th District Court of Harris County

    Appellant, 360 Degrees Beauty & Barber Careers, has filed a notice of appeal of a July 25, 2016 final judgment. The appellate record was due in this Court on September 23, 2016. On September 28, 2016, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). On October 27, 2016, the court reporter notified the Clerk that appellant had requested preparation of the reporter's record and "made arrangements to pay for the record." Because the court reporter indicated that appellant had arranged to pay for preparation of the reporter's record, we dismissed as moot appellant's motion requesting an "extension to file the reporter's record and pay associated fees." We, however, extended the time for filing the reporter's record to December 8, 2016. *See* TEX. R. APP. P. 35.3(c).

    On December 6, 2016, the court reporter notified the Clerk that appellant had not paid, or made arrangements to pay, for the reporter's record, stating that "she had talked with [appellant's] the attorney and sent him the invoice" but had not received any "payment (full or partial)" for the record. On December 8, 2016, the court reporter again notified the Clerk that appellant had not paid, or made arrangements to pay, for the reporter's record, stating that she had received from appellant "$1500 of the total $4290 to complete the full transcript." *See* TEX. R. APP. P. 35(b)(3) (emphasis added) (providing court reporter is responsible for filing reporter's record if party "has paid the reporter's fee, has made *satisfactory arrangements* to pay the fee, or is entitled to proceed without paying the fee).

1

Accordingly, the Court may require appellant to file a brief, and consider and decide the appeal on those issues that do not require a reporter's record for a decision unless appellant submits written evidence from the court reporter that it has paid or arranged to pay the reporter's fee **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 37.2(c)(2).

If appellant believes that it is exempt from the reporter's fee, please filed a written detailed explanation by the due date. A written explanation is required even if appellant has previously claimed that it is exempt from paying the reporter's fee.

It is so ORDERED.

Judge's signature: _/s/ Russell Lloyd
                         ☑ Acting individually    ☐ Acting for the Court

Date: December 13, 2016